## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **Chapter 7** |
| **DONALD JOHNSTON** | : | |
|     Debtor | : | **CASE NO.  22-50645** |
| | : | |
| **DONALD JOHNSTON** | : | |
|     Debtor/Movant | : | Adv. Proc. No. _____ |
| vs. | : | |
| | : | |
| **U. S. DEPT OF EDUCATION** | : | |
|     Defendant | : | |
| | : | |

## **COMPLAINT FOR HARDSHIP  DISCHARGE OF STUDENT LOAN**

**COMES NOW THE DEBTOR/PLAINTIFF**, and shows the Court the following:

1.

This is an action to determine the dischargeability of a debt pursuant to 11 U.S.C. § 523 (a).

2.

The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 157(b)(1); 157(b)(2)(K); and 1334(b).

3.

Pursuant to Bankruptcy Rule 7008, the Plaintiff declares this to be a core proceeding and requests the Bankruptcy Court to make a final order or judgment in this proceeding.

4.

Debtor filed this bankruptcy proceeding under Chapter 7 on 6/14/2022.

5.

Defendant is a creditor listed on the Schedules filed by Plaintiff.

6.

The debt to the creditor is a student loan that would normally not be dischargeable due to 11 U.S.C. § 523(a)(8).

**A. G. Knowles**
Attorney at Law
Suite 202
American Federal Blg
544 Mulberry St.
Macon, Georgia  31201-2798
_____
(478)741-7900

7.

Debtors shows the court that he is a 69 year old individual who suffers from COPD and other illnesses. His only income is social security disability benefits totaling $1,007/month, and excepting this debt from a discharge would impose an undue hardship on the debtor.

8.

Debtor requests that the Court find that he is entitled to a hardship discharge of this student loan debt.

**WHEREFORE**, Debtors pray that the Court enquire into this matter and grant the debtor a hardship discharge.

Dated this 3rd day of August, 2022.

/s/   A. G. Knowles
**A. G. Knowles**
**Attorney for the Debtor/Plaintiff**

**A. G. Knowles**
Attorney at Law
Suite 202
American Federal Blg
544 Mulberry St.
Macon, Georgia  31201-2798
———
(478)741-7900